JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VASQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENTOKIL NORTH AMERICA, INC., a Pennsylvania corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 5:23-cv-00520-SVW-KK<br>[Assigned to Hon. Stephen V. Wilson]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL

## ORDER

Pursuant to the Parties Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is dismissed without prejudice. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 26, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE